# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 03-324-1 |
| | : | |
| JAMES MCNAMARA, | : | CIVIL ACTION |
| Defendant. | : | |
| | : | NO. 06-3422 |

## Order

**AND NOW** on this 14th day of April 2009, upon careful consideration of defendant James McNamara's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. No. 59), the government's response thereto, defendant's reply, the evidentiary hearings, and defendant's and government's supplemental memoranda, **IT IS HEREBY ORDERED** that:

(1) Defendant's motion to vacate, set aside, or correct sentence is **DISMISSED** in part and the balance **DENIED**;

(2) The Clerk shall **CLOSE** this case for statistical purposes; and

(3) Defendant having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge